

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Donald Wayne Read,

Vs. No. 11-13-00344-CR

The State of Texas,

* From the Criminal District
Court No. 2 of Tarrant County,
Trial Court No. 1315382D.

* October 15, 2015

* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.